
Financial Disclosure Incomplete

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G | 11/11/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Pimco Total Return Fund | A | Dividend | K | T | | | | | |
| 2. Dreyfus App. Fund | A | Dividend | J | T | | | | | |
| 3. ML S & P 500 Fund | A | Dividend | J | T | | | | | |
| 4. CMA FUND | A | Dividend | J | T | | | | | |
| 5. ML BANK DEP | A | Interest | J | T | | | | | |
| 6. ML MUN BD FD | A | Interest | K | T | | | | | |
| 7. SOMERSET HILLS BANCORP | A | None | J | T | | | | | |
| 8. SBC COMMUNICATIONS | A | Dividend | K | T | | | | | |
| 9. VAN KAMPEN AMERICAN | A | Dividend | J | T | | | | | |
| 10. JANUS TWENTY | A | Dividend | K | T | | | | | |
| 11. ML LARGE CAP VALUE FUND | A | Dividend | J | T | | | | | |
| 12. ML FUNDAMENTAL GROWTH | A | Dividend | J | T | | | | | |
| 13. AT&T WIRELESS | A | Dividend | J | T | | | | | |
| 14. LUCENT TECH | A | Dividend | J | T | | | | | |
| 15. NCR CORP | A | Dividend | J | I | | | | | |
| 16. BERGER SMALL CAP VALUE INVESTOR FUND | A | Dividend | J | T | | | | | |
| 17. DELAWARE GROUP TRUST FUND | A | Dividend | J | T | | | | | |
| 18. LORD ABBOTT FUND | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. LORD ABBOTT MED CAP VALUE FUND | A | Dividend | J | T | | | | | |
| 20. MASS INVESTOR GROWTH STOCK FUND | A | Dividend | K | T | | | | | |
| 21. OPPENHEIMER INT'L GROWTH FUND | A | Dividend | J | T | | | | | |
| 22. VAN KAMP GROWTH AND INC. FUND | A | Dividend | K | T | | | | | |
| 23. ML AGGREGATE BOND INDEX FUND | A | Dividend | K | T | | | | | |
| 24. STRONG HIGH YIELD BOND FUND | A | Dividend | J | T | | | | | |
| 25. PIMCO PEA INNOVATION | A | Dividend | J | T | | | | | |
| 26. THIRD FEDERAL SAVIGS | A | Interest | J | T | | | | | |
| 27. FLEET BANK | A | Interest | K | T | | | | | |
| 28. STOCK INDEX FUND | A | Dividend | J | T | | | | | |
| 29. AIG FIXED INCOME ANNUITY | B | Interest | K | T | | | | | |
| 30. DELAWARE GROUP TRUST FUND | A | Dividend | K | T | | | | | |
| 31. MERCURY INT'L VALUE FUND CLI | A | Dividend | J | T | | | | | |
| 32. OPPENHEIMER INT'L GROWTH FUND | A | Dividend | J | T | | | | | |
| 33. VAN KAMPEN GROWTH & INC. FUND | A | Dividend | J | T | | | | | |
| 34. JANUS SMALL CAP | A | Dividend | J | T | | | | | |
| 35. ML GLOBAL TECH FUND | A | Dividend | J | T | | | | | |
| 36. ALLIANCE PREM GROWTH | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G | 11/11/2003 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MFS NEW DISCOV. FUND | A | Dividend | J | T | | | | | |
| 38. MFS NEW DISCOV. FUND | A | Dividend | J | T | | | | | |
| 39. ML CORE BOND VI | A | Dividend | J | T | | | | | |
| 40. DAVIS NY VENTURE | A | Dividend | J | T | | | | | |
| 41. ALLIANCE QUASAR | A | Dividend | J | T | | | | | |
| 42. ALLIANCE TECH FUND | A | Dividend | J | T | | | | | |
| 43. PUTNAM HEALTH SCIENCE | A | Dividend | J | T | | | | | |
| 44. BLACKROCK LARGE CAP | A | Dividend | J | T | | | | | |
| 45. MERCURY HW INT'L VALUE FUND | A | Dividend | J | T | | | | | |
| 46. MERCURY HW INT'L VALUE FUND | A | Dividend | J | T | | | | | |
| 47. MERCURY HW INT'L VALUE FUND | A | Dividend | J | T | | | | | |
| 48. 401 K (Graham, Curtin & Sheridan) and Tax Deferred Annuity | | | | | | | | | |
| 49. AM CENTURY INC. & GROWTH | A | Dividend | J | T | | | | | |
| 50. DREYFUS A BONDS PLUS | A | Dividend | K | T | | | | | |
| 51. DREYFUS S & P 500 STOCK IND. | A | Dividend | J | T | | | | | |
| 52. JANUS TWENTY FUND | A | Dividend | J | T | | | | | |
| 53. JANUS WORLDWIDE FUND | A | Dividend | J | T | | | | | |
| 54. NEU BER GENESIS FUND | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,000-$50,000   L = $50,000-$100,000   M = $100,000-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sheridan, Peter G | 11/11/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. STOCK INDEX FUND | A | Dividend | J | T | | | | | |
| 56. AIG FIXED INCOME ANNUITY | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sheridan, Peter G | 11/11/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

None. Back up documents will be provided upon request.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sheridan, Peter G | 11/11/2003 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____Nov. 12, 2003_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544